UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:14-CV-39-R

MARTHA M. CAVANAH                                                                                    PLAINTIFF

V.

CAVALRY SPV I, LLC                                                                                        DEFENDANT

## *ORDER OF DISMISSAL*

    The Court has been informed that a settlement has been reached.

    **IT IS ORDERED** that said action is **DISMISSED** from the docket.  If settlement is not concluded within 30 days any party may move to have the case reinstated on the docket.

cc: Counsel